UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| TRISTAN PARSONS | ) | CIVIL ACTION NO. <u>3:22-cv-136-RGJ</u> |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMPIRE LTD, LLC | ) | |
| and | ) | **NOTICE OF REMOVAL TO** |
| TRAVIS KITTRELL | ) | **FEDERAL COURT** |
| | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to <u>28 U.S.C. § 1441(a)</u>, <u>28 U.S.C. § 1446</u> and <u>28 U.S.C. § 1332</u>, the defendants, Empire LTD, LLC and Travis Kittrell, by counsel, file this Notice of Removal to the United States District Court for the Western District of Kentucky, on the following grounds:

1.      On February 7, 2022, plaintiff filed his complaint against the above defendants in the Shelby Circuit Court, Shelby County, Kentucky, being Civil Action No. 22-CI-00054, and styled *Tristan Parsons v. Empire LTD, LLC and Travis Kittrell.*   A copy of all process, pleadings and orders attempted to be served on the above defendants from the Shelby Circuit Court action are attached to this Notice of Removal as Exhibit A.

2.      For purposes of <u>28 U.S.C. § 1332</u> the plaintiff is a private person and is currently and was at the time of the commencement of this action a resident and citizen of Jefferson County, Kentucky.

3.      For purposes of <u>28 U.S.C. § 1332</u>, Defendant Empire LTD, LLC is now and was at the commencement of this action an Indiana Limited Liability Company with its

principal place of business located at 202 Ash Street, Utica, Indiana 47130.   For purposes of 28 U.S.C. § 1332 Empire LTD, LLC's two members are Travis Kittrell, a citizen of Indiana who resides at 202 Ash Street, Utica, Indiana 47130 and Elaine Kittrell, a citizen of Indiana who resides at 202 Ash Street, Utica, Indiana 47130.

4.      Defendant Empire LTD, LLC is a foreign Limited Liability Company with its principal place of business in Indiana and outside of Kentucky. Therefore, jurisdiction over this defendant is subject to the requirements of KRS 454.210, Kentucky's long arm statute.   A copy of the complaint was served upon Kentucky Secretary of State.   Service was effectuated on February 11, 2022.

5.      The defendant, Travis Kittrell is a citizen of Indiana and resides at 202 Ash Street, Utica, Indiana 47130.

6.      Travis Kittrell at all times was a citizen and resident of Indiana and is subject to the requirements of KRS 454.210, Kentucky's long arm statute.   A copy of the complaint was served upon the Kentucky Secretary of State who forwarded the same to Travis Kittrell for service of process in Indiana.   Service was effectuated on February 14, 2022.

7.      For purposes of 28 U.S.C. § 1332, complete diversity exists and existed as of the date of the filing of the complaint. All of the defendants were either formed in Indiana or are citizens of Indiana, both now and at the commencement of this action. Tristan Parsons is and was at the time of the commencement of this action a citizen of Jefferson County, Kentucky. It is within one year of the filing of the action. This removal is also within the time period for removal, as thirty days have not elapsed since effective service of process.

8.      Plaintiff's claimed damages are in excess of $75,000.00, exclusive of interest and costs, as plaintiff has stated his medical expenses from the motor vehicle accident in question exceed $500,000.00.   *See*, Plaintiff's Complaint included in Exhibit A at paragraph 19.   Based upon this, the defendants submit that plaintiff's complaint places an amount in controversy that exceeds the sum of $75,000.00, exclusive of interest and costs pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1446(c).

9.      This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1332, *Diversity of Citizenship*, and this action may be removed to this Court. Pursuant to 28 U.S.C. § 1441, this district and division embrace the place where the action has been pending.

10.     These defendants will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d), and will file a copy of this Notice of Removal with the Clerk of the Shelby Circuit Court, Shelby County, Kentucky as further required.

WHEREFORE, the defendants, Empire LTD, LLC and Travis Kittrell pray that this action be removed from the Shelby Circuit Court, Shelby County, Kentucky to this Court, the United States District Court of the Western District of Kentucky, Louisville Division, for all further proceedings.

Respectfully submitted,

/s/ Joseph P. Hummel
Joseph P. Hummel (KBA No. 86526)
Sewell & Neal, PLLC
220 West Main Street, Suite 1800
Louisville, KY 40202
Telephone:   502.582-2030
jhummel@sonlegal.com
*Counsel for Defendants*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was served upon the following via hand, electronic transmission, facsimile and/or first-class USPS, this 8th day of March, 2022:

Jay R. Vaughn, Esquire
Hendy Johnson Vaughn Emery, PSC
600 West Main Street, Suite 100
Louisville, KY 40202
jvaughn@justicstartshere.com
*Co-counsel for Plaintiff*

Wilson W. Greene, Esquire
The Greene Law Firm, PLLC
6004 Brownsboro Park Boulevard, Suite E
Louisville, KY 40207
wgreene@tglf.net
*Co-counsel for Plaintiff*

/s/ Joseph P. Hummel