Filed        22-CI-00054        02/07/2022        Wendy Graney, Shelby Circuit Clerk

**COMMONWEALTH OF KENTUCKY**
**SHEBLY CIRCUIT COURT**
CASE NO.: _____
*Electronically Filed*

**TRISTAN PARSONS**                                                                 **PLAINTIFF**

VS.

**EMPIRE LTD, LLC**
**202 Ash St.**
**Utica, IN 47130**

      **SERVE:**    **Kentucky Secretary of State**
                         **Summonses Branch**
                         **700 Capital Avenue, Suite 86**
                         **Frankfort, KY  40601**

and

**TRAVIS KITTRELL**                                                                    **DEFENDANTS**
**202 Ash St.**
**Utica, IN 47130**

      **SERVE:**    **Kentucky Secretary of State**
                         **Summonses Branch**
                         **700 Capital Avenue, Suite 86**
                         **Frankfort, KY  40601**

**COMPLAINT WITH JURY DEMAND**

Comes the Plaintiff, Tristan Parsons, and for his causes of action against Defendants, states as follows:

1.    The Plaintiff Tristan Parsons (hereinafter "Parsons") is, and at all relevant times herein, was a citizen and resident of Jefferson County, Kentucky.

2.    Defendant, Empire LTD, LLC (hereinafter "Empire") is a limited liability company organized under the laws of Indiana, with its principal place of business in Utica, Indiana, thereby making it a citizen of Indiana. All members of the limited liability company are citizens of Indiana. Empire regularly and systematically solicits and conducts business in the

Exhibit A

Commonwealth of Kentucky. Defendant Empire has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

3. Defendant Travis Kittrell (hereinafter "Kittrell") was at all times referred to herein a resident of Indiana. Defendant Kittrell has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

4. At all relevant times, Kittrell was the employee, agent, servant, and/or statutory employee for Empire operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Empire.

5. Jurisdiction and venue are proper as the amount in controversy exceeds the minimum jurisdictional limits of this Court and exceeds $75,000.00, and the events giving rise to this action occurred in Shelby County, Kentucky.

6. On or about January 14, 2021, Parsons was traveling West in a vehicle on I-64 in Shelby County, Kentucky.

7. At all times, Parsons was acting in a reasonably prudent and careful manner.

8. At the same time, Kittrell was operating a 2016 Dodge Ram 3500 with a gooseneck trailer attached West on I-64 in Shelby County, Kentucky.

9. Upon information and belief, the 2016 Dodge Ram 3500 has a Gross Vehicle Weight Rating of 12,300 lbs. and the gooseneck trailer has a Gross Vehicle Weight Rating of 16,000 lbs.

10. Kittrell brought his motor vehicle to a stop for traffic.

11. Kittrell's truck and/or trailer were in an unsafe and hazardous condition, thereby preventing Parsons from having appropriate visualization of the truck and trailer.

12. Given Mr. Parsons' inability to appropriately see and perceive Kittrell's stopped truck and trailer, Parsons' vehicle struck the rear of Kittrell's trailer.

13. Kittrell operated his truck and trailer in a negligent and careless manner causing serious injury to Parsons, for which Empire is vicariously liable.

14. Kittrell violated state and federal statutes and regulations, including but not limited to KRS 180.050, 189.290, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Parsons, and constitutes negligence per se pursuant to KRS 446.070 and Kentucky case law, for which Empire is vicariously liable.

15. Empire had a duty to act reasonably in hiring, instructing, training, supervising, and retaining its drivers and other employees and agents, including Kittrell, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

16. Empire had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible and qualified drivers.

17. Empire was negligent regarding the duties set forth in Paragraphs, 15-16, above, causing serious injury to Parsons, for which it is directly liable.

18. Empire violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Parsons, and constitutes negligence per se pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

19. As a direct and proximate result of the negligence and/or negligence per se of the Defendants Empire and/or Kittrell, the Plaintiff, Tristan Parsons, sustained a fractured right femur, fractured right ankle, fractured left acetabulum, fractured sternum, multiple bilateral rib fractures, various other injuries and has underwent multiple surgeries, causing great physical and mental pain and anguish, including the loss of enjoyment of life, and he will continue to suffer such damage in the future, his injuries being permanent in nature; that he has incurred large sums

of money for physicians and medical expenses in excess of $500,000 in treatment of said injuries and will be required to incur large sums of money for physicians and medical expenses in the future, his injuries being permanent in nature; and that he has lost wages and that his ability to earn wages in the future is impaired due to his injuries being permanent in nature.

**WHEREFORE**, the Plaintiff Tristan Parsons demands as follows:

A) Judgment against Defendants, Empire Ltd., LLC and Travis Kittrell for a fair and reasonable amount in compensatory damages;

B) Trial by Jury;

C) Post-judgment interest;

D) Court costs;

E) For summons to issue as directed in the caption by certified mail; and

F) Any and all other relief to which the Plaintiff may be entitled.

Respectfully submitted,

/s/ Jay R. Vaughn
Jay R. Vaughn (KBA No. 89682)
Hendy Johnson Vaughn Emery, P.S.C.
600 W. Main St., Ste. 100
Louisville, KY 40202
Tele:   (502) 540-5700
Fax:    (859) 578-4440
Email: jvaughn@JusticeStartsHere.com
*Co-Counsel for Plaintiff*

and

Wilson W. Greene (KBA No. 92380)
The Greene Law Firm, PLLC
6004 Brownsboro Park Blvd., Ste. E
Louisville, KY 40207
Tele:   (502) 897-8998
Fax:    (502) 897-8955
Email: wgreene@tglf.net
*Co-Counsel for Plaintiff*

2B885EA3-BAEF-4B8E-B524-4E8E8869B6CE : 000004 of 000016

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000004 of 000004

Filed        22-CI-00054        02/07/2022        Wendy Graney, Shelby Circuit Clerk

| AOC-104   Doc. Code: CCCS | | Case No. _____ |
|---|---|---|
| Rev. 2-21 | | Court: Ciruit |
| Page 1 of 1 | **CIVIL CASE COVER SHEET** | County: Shelby |
| Commonwealth of Kentucky   Court of Justice   www.kycourts.gov | | Division: _____ |

**PLAINTIFF/PETITIONER** OR **IN RE/IN THE INTEREST OF:**
Tristan Parsons

**DEFENDANT/RESPONDENT,** *if applicable:*
Empire Ltd., LLC, et al.

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF** (a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) _____

**TORT** (Injury)
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH) _____
☐ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH) _____

**REAL PROPERTY**
☐ Property Rights (PR)
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD)
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL)
☐ Other: (COOTH) _____

**EMPLOYMENT**
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU) _____

**CONSUMER**
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH) _____

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH) _____

**MISC CIVIL**
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

**BUSINESS / COMMERCIAL**
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____

Filed        22-CI-00054        02/07/2022        Wendy Graney, Shelby Circuit Clerk

CCCS : 000001 of 000001    Presiding Judge: HON. CHARLES R. HICKMAN (653233)    2B885EA3-BAEF-4B8E-B524-4E8E8869B6CE : 000011 of 000016

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **22-CI-00054**<br>Court:   **CIRCUIT**<br>County: **SHELBY** |

*Plantiff,* **PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL**, *Defendant*

TO:  **EMPIRE LTD, LLC**
     **202 ASH ST.**
     **UTICA, IN 47130**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Wendy Graney*
Shelby Circuit Clerk
Date: **2/7/2022**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____     _____
                                                Served By

                                    _____
                                                Title

---

Summons ID: @00001040677
CIRCUIT: 22-CI-00054 Certified Mail
PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL

Page 1 of 1

eFiled



| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **22-CI-00054**<br>Court:  **CIRCUIT**<br>County: **SHELBY** |

*Plantiff,* **PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL**, *Defendant*

TO:  **EMPIRE LTD, LLC**
     **202 ASH ST.**
     **UTICA, IN 47130**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Wendy Graney*

Shelby Circuit Clerk
Date: **2/7/2022**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: @00001040678
CIRCUIT: 22-CI-00054 Long Arm Statute – Secretary of State
PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL



Page 1 of 1

eFiled

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **22-CI-00054**<br>Court: **CIRCUIT**<br>County: **SHELBY** |

*Plantiff,* **PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL**, *Defendant*

TO:  **TRAVIS KITTRELL**
     **202 ASH ST.**
     **UTICA, IN 47130**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Wendy Graney*

Shelby Circuit Clerk
Date: **2/7/2022**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____        Served By _____

                                    Title _____

---

Summons ID: @00001040679
CIRCUIT: 22-CI-00054 Certified Mail
PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL

eFiled



Page 1 of 1

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **22-CI-00054**<br>Court:    **CIRCUIT**<br>County: **SHELBY** |

*Plantiff,* **PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL**, *Defendant*

TO:  **TRAVIS KITTRELL**
   **202 ASH ST.**
   **UTICA, IN 47130**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Wendy Graney*

Shelby Circuit Clerk
Date: **2/7/2022**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: @00001040680
CIRCUIT: 22-CI-00054 Long Arm Statute – SOS - Restricted Delivery
PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET AL



Page 1 of 1

eFiled



# Commonwealth of Kentucky
# Wendy Graney, Shelby Circuit Clerk

**Case #:** 22-CI-00054  **Envelope #:** 4284679

**Received From:** JAY VAUGHN  **Account Of:** JAY VAUGHN

**Case Title:** PARSONS, TRISTAN VS. EMPIRE LTD, LLC ET  **Confirmation Number:** 138528001

**Filed On** 2/7/2022  12:09:34PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $27.46 |
| 9 | Charges For Services(Copy - Photocopy) | $2.60 |
| 10 | Money Collected For Others(Postage) | $14.16 |
| 11 | Money Collected For Others(Secretary of State) | $10.00 |
| 12 | Charges For Services(Copy - Photocopy) | $2.60 |
| 13 | Charges For Services(Attestation) | $0.50 |
| 14 | Money Collected For Others(Postage) | $14.16 |
| 15 | Money Collected For Others(Secretary of State) | $16.00 |
| 16 | Charges For Services(Copy - Photocopy) | $2.60 |
| 17 | Charges For Services(Attestation) | $0.50 |
|   | **TOTAL:** | $381.58 |

Generated: 2/7/2022    Page 1 of 1

Filed 22-CI-00054 02/07/2022 Wendy Graney, Shelby Circuit Clerk

**COMMONWEALTH OF KENTUCKY**
**SHELBY CIRCUIT COURT**
**CASE NO.: _____**

**TRISTAN PARSONS**                                                                   **PLAINTIFF**

**v.**

**EMPIRE LTD., LLC**
**and**
**TRAVIS KITTRELL**                                                       **DEFENDANTS**

**PLAINTIFF'S NOTICE OF VIDEOTAPED CORPORATE RECORDS**
**DEPOSITION OF EMPIRE LTD, LLC PURSUANT TO CR 30.02(5) AND 34**

**PLEASE TAKE NOTICE**, that pursuant to CR 30.02(5) and 34, the stenographic deposition of **EMPIRE LTD., LLC.** will be taken on Friday, May 27, 2022 at 10:00 a.m. EST. The corporate records custodian(s) will either be at their place of business or at defense counsel's office, which can be determined at a later date. Counsel for Plaintiff will be attending remotely via Zoom as well as the court reporter. The deposition will be recorded by video by the court reporter using Zoom's recording function, which will be considered the official video copy for the record. The official video recording by the court reporter will "Pin" the screen of the deponent so that the video recording will remain stationary at all times on the witness. However, if documents are shared electronically, it will be side-by-side with the witness so that the witness can always be seen on the recording. All attorneys must be on a separate device with video so that their faces can be seen at all times.

      Pursuant to CR 30.02(5), Defendant EMPIRE LTD., LLC (hereinafter EMPIRE) is required to designate and fully prepare one or more officers, directors, managing agents or other persons who consent to testify on behalf of Defendant EMPIRE and whom Defendant EMPIRE will fully prepare to testify regarding the following "CATEGORY OF DOCUMENTS" that are in

1

the possession, custody, or control of Defendant EMPIRE, their attorneys, or other representatives or agents.

Pursuant to CR 34, Plaintiff requests that, within thirty (30) days, Defendant EMPIRE provides a written response, including any objections and/or claims of privilege, to Plaintiff's request for documents and tangible things identified in the following "CATEGORY OF DOCUMENTS" that are in the possession, custody, or control of Defendant EMPIRE, their attorneys, or other representatives or agents.

"DOCUMENT" and "DOCUMENTS" are defined broadly to include anything upon which information, data, sound and/or images are contained regardless of media, regardless of how maintained (physically, electronically, or otherwise) and regardless of what it's called. The term includes, but is not limited to, all papers, records, files, correspondence, reports, meeting minutes, memoranda, notes, diaries, notebooks, contracts, agreements, leases, accounts, orders, invoices, statements, bills, checks, vouchers, orders, studies, surveys, charts, maps, analyses, publications, books, pamphlets, periodicals, catalogues, brochures, schedules, circulars, bulletins, notices, instructions, directives, forms, manuals, journals, e-mails, e-mail attachments, data sheets, worksheets, statistical compilations, microfilms, computer records (including printouts, files, partitions, hard drives, disks or other magnetic storage media), tapes, photographs (prints, negatives, slides, and electronic), drawings, films, videotapes, pictures, and recordings. Includes all non-identical copies of DOCUMENTS, all attachments to DOCUMENTS, and both the front and rear of all pages that contain content.

Pursuant to Civ. R. 26, 30.02(5) and 34, Plaintiff requests that Defendants EMPIRE'S designee, responsive to this deposition notice, produce, in advance or at the time of the deposition, the documents identified in the "CATEGORY OF DOCUMENTS" contained in this deposition

notice and be fully prepared to testify regarding the following information that is known or reasonably available to Defendant's organization:

1. The existence of the documents and/or electronically stored data requested below;

2. The purpose of the creation of the documents and/or electronically stored data requested below;

3. The systems and process for the creation, duplication and/or storage of the documents and/or electronically stored data requested below;

4. How the documents and/or electronically stored data requested below are made available, disseminated, and/or retrieved by authorized and/or intended users and/or readers;

5. Any and all document and/or electronically stored data retention/destruction policies that relate to any of the documents requested below;

6. The location of the documents and/or electronically stored data requested below;

7. The organization, indexing and/or filing of the documents and/or electronically stored data requested below;

8. The method of search for the documents and/or electronically stored data requested below; and

9. The completeness of the documents and/or electronically stored data produced.

### CATEGORY OF DOCUMENTS

A. DEFENDANT TRAVIS KITTRELL – DOCUMENTS regarding:

1. Driver Qualification File

2. Background/Driver Verification including documents from any third-party company used to qualify and verify drivers

3. Employment/Personnel

4. Human Resources

        5.      DOT Medical

        6.      Drugs and Alcohol

        7.      Safety and Training

        8.      Driver's License/Commercial Driver's License (front and back)

B.    EMPIRE, INC. – DOCUMENTS regarding:

        1.      All company, driver, employee and/or safety guidelines, handbooks, manuals, policies, procedures and/or training furnished or made available by EMPIRE to Travis Kittrell that were in effect as of January 14, 2021.

        2.      Any and all safety meetings and/or safety seminars for drivers for the twelve (12) months before the January 14, 2021 crash, including any and all sign-in sheets verifying driver attendance.  This includes copies of all safety topics, agendas, fliers, handouts, presentations, videos and other materials shown or provided to drivers.

        3.      Ownership information, title and registration for the 2016 Dodge Ram 3500 truck involved in the subject crash.

        4.      The maintenance and repair file for the 2016 Dodge Ram 3500 truck involved in the wreck.

        5.      Vehicle inspection reports for 2016 Dodge Ram 3500 truck for the thirty (30) days before the subject crash and the day of the crash.

        6.      Ownership information, title and registration for the gooseneck trailer involved in the subject crash.

        7.      The maintenance and repair file for the gooseneck trailer involved in the wreck.

        8.      Vehicle inspection reports for gooseneck trailer for the thirty (30) days before the subject crash and the day of the crash.

        9.      Articles of Organization and Bylaws as of January 14, 2021.

        10.    All communication (written or electronic), bids, proposals, invoices, contracts, agreements, time sheets, work schedules, permits, itemized bills, charges, receipts, fuel charges, fuel receipts, credit card receipts, credit card statements, and payments for all work being performed on January 14, 2021 and the thirty (30) days before.

4

Filed          22-CI-00054      02/07/2022        Wendy Graney, Shelby Circuit Clerk

        11.      Documents between EMPIRE and the Federal Motor Carrier Safety Administration as of January 14, 2021.

C.      JANUARY 14, 2021 – DOCUMENTS regarding:

        1.      All documents that show what, when, and how the wreck happened.

        2.      All company wreck, accident, incident, preventability or similar reports concerning the wreck.

        3.      All photographs and/or video recordings of the wreck, the scene of the wreck, the vehicles involved or the parties involved taken by Travis Kittrell or EMPIRE.

D.      INSURANCE

        1.      Any documents which may provide insurance coverage(s) on behalf of EMPIRE, Travis Kittrell, the 2016 Dodge Ram 3500 and/or the gooseneck trailer involved in the January 14, 2021 crash to include all policies and declaration pages for any and all self-insured retention, liability, excess, umbrella, excess umbrella or any other form of secondary coverage applicable, in effect on the day of the wreck.

        2.      Any commercial motor vehicle and/or driver safety documents, advisories, articles, best practices, bulletins, guidelines, materials, memos, policies, procedures, publications and/or resources provided by your insurance companies as of January 14, 2021.

**PLEASE TAKE NOTICE** that, pursuant to CR 26.02, if you claim that any information, document, or thing sought or requested is privileged, protected by the work product doctrine, or otherwise not discoverable, please describe the nature of the documents, communications, or things not produced or disclosed in a manner that will enable Plaintiff to assess the applicability of the privilege or protection, including the legal and factual basis for withholding the requested discovery.

Filed          22-CI-00054      02/07/2022        Wendy Graney, Shelby Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

**PLEASE TAKE NOTICE** that that these discovery requests are deemed continuing. Should you in the future discover any information relating to any of the above matters of inquiry, you are required to notify the Plaintiff's counsel of this new or additional information by way of supplemental discovery responses, pursuant to CR 26.05. Objection will be made at trial to the use of information not properly disclosed in accordance with the Kentucky Rules of Civil Procedure.

Respectfully submitted,

/s/ Jay R. Vaughn
Jay R. Vaughn (KBA No. 89682)
Hendy Johnson Vaughn Emery, P.S.C.
600 W. Main St., Ste. 100
Louisville, KY 40202
Tele:  (502) 540-5700
Fax:   (859) 578-4440
Email: jvaughn@JusticeStartsHere.com
*Co-Counsel for Plaintiff*

and

Wilson W. Greene (KBA No. 92380)
The Greene Law Firm, PLLC
6004 Brownsboro Park Blvd., Ste. E
Louisville, KY 40207
Tele:  (502) 897-8998
Fax:   (502) 897-8955
Email: wgreene@tglf.net
*Co-Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

Please serve a copy of the Notice of Corporate Records Deposition of Defendant, Empire Ltd., LLC along with a copy of the Complaint on all Defendants at the addresses identified in the Complaint.

/s/ Jay R. Vaughn
Jay R. Vaughn, Esq.